IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
|     Michelle Washington | : |
| | :    Chapter 13 |
| | : |
| | :    Case No.  18-12388-mdc |
| Debtor(s) | : |

### PRAECIPE FOR ENTRY OF APPEARNCE

TO THE COURT:

Please enter the appearance of Brad J. Sadek, Esquire, of Sadek and Cooper, on behalf of the Debtor in the above captioned matter.

Thank you for updating the docket accordingly.

Dated:    April 10, 2020                           /s/ Brad J. Sadek
                                                     Brad J. Sadek, Esquire
                                                     Sadek and Cooper
                                                     1315 Walnut Street, Suite 502
                                                     Philadelphia, PA 19107
                                                     215-545-0008

                                                    Substitute Counsel for the Debtor

Dated: April 17, 2020                         /s/ Michelle C. Washington
                                                    Michelle Washington
                                                    Debtor