UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHELLE C. WASHINGTON                           Chapter: 13
                        Debtor
                                          Case No: 18-12388-mdc
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Ardent Federal Credit Union has filed a Motion for Relief with the Court for Hearing for Relief from the Automatic Stay.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

   1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before December 6, 2020, you or your attorney must do <u>all</u> of the following:

   (a)   File an answer explaining your position at:
         Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the Movant's attorney:
         WILSON LAW FIRM
         2 South Orange Street, Suite 204
         Media, PA 19063
         Phone (610) 566-7080
         Fax   (855) 236-8930

See attached list of Interested Parties:

   2. If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

   3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on December 15, 2020, at 10:30 a.m. via telephone 877-336-1828, Access Code 7855846.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2819 to find out whether the hearing has been canceled because no one filed an Answer.

Date: November 19, 2020

Attorney for Movant:     Robert J. Wilson, Esq.
                         WILSON LAW FIRM
                         2 S Orange St, Ste 204
                         Media, PA 19063
                         610-566-7080